GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders,* —— Pa. ——, 725 A.2d 170 (1999).

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Thaddeus HOUDESHELL, Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

*ORDER*

PER CURIAM:

**AND NOW,** this 23 rd day of March, 1999, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders,* —— Pa. ——, 725 A.2d 170 (1999).

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Richard HOOVER, Jr., Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

*ORDER*

PER CURIAM:

**AND NOW,** this 23 rd day of March, 1999, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders,* —— Pa. ——, 725 A.2d 170 (1999).

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Bradley LONG, Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

*ORDER*

PER CURIAM:

**AND NOW,** this 23 rd day of March, 1999, the Petition for Allowance of Appeal is

GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders,* —— Pa. ——, 725 A.2d 170 (1999).

COMMONWEALTH of Pennsylvania, Respondent,

v.

Michael GLASS, Petitioner.

Supreme Court of Pennsylvania.

March 23, 1999.

### ORDER

PER CURIAM:

AND NOW, this 23 rd day of March 1999, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether anticipatory search warrants are categorically proscribed by Article One, Section Eight of the Pennsylvania Constitution.

Elizabeth A. ALLEN, Petitioner/Cross–Respondent,

v.

Kenneth E. MELLINGER and Commonwealth of Pennsylvania, Department of Transportation, Respondent/Cross–Petitioner.

Supreme Court of Pennsylvania.

March 24, 1999.

### ORDER

PER CURIAM:

AND NOW, this 24 thday of March 1999, the Petitions for Allowance of Appeal are GRANTED, limited to the following issue:

Whether the Commonwealth Court erred in affirming the trial court's failure to hold respondent jointly and severally liable for delay damages on the total verdict rather than respondent's proportionate share?

The Cross Petitions for Allowance of Appeal are DENIED.

In re J.M.

Appeal of County of Fayette.

Supreme Court of Pennsylvania.

Argued March 9, 1998.

Decided March 25, 1999.